GUZMÁN BENÍTEZ *v.* EL REGISTRADOR DE LA PROPIEDAD.

Recurso gubernativo contra nota del Registrador de

la Propiedad de Cáguas.

No. 9. Resuelto en Junio 1, 1905.

PODER.—MANDATARIO.—MANDANTE.—Autorizado un mandatario para *imponer, ceder, subrogar, aceptar, reducir, modificar y cancelar* hipotecas, censos, y *toda clase de derechos* reales, tiene perfecta capacidad para constituir una hipoteca sobre un *derecho hipotecario* que corresponda á su mandante.

### EXPOSICIÓN DEL CASO.

Visto el presente recurso gubernativo interpuesto por el Abogado Don José de Guzmán Benítez contra negativa del Registrador de la Propiedad de Cáguas á inscribir una escritura de sub-hipoteca sobre dos fincas rústicas.

*Resultando* que por escritura pública otorgada en la Ciudad de Cáguas ante el Abogado y Notario de la misma Don Rafael Arce Rollet en treinta de Abril último, Don Francisco Ramis y Borrás por su propio derecho y como apoderado general de su hermana Doña María Antonia Ramis y Borrás á virtud del poder que en unión de otros le confiriera en la Villa de "Yuca" de las Islas Baleares en cuatro de Noviembre de mil ochocientos noventa y ocho ante el Notario D. Jaime Vidal y Jaume, reconoció deber al Abogado Don José de Guzmán Benítez la suma de cuatro mil dollars por honorarios devengados en la testamentaría de Da. Gerónima Ginart y Andreu y se comprometió á satisfacérselos en el término de setenta y cinco días naturales á contar desde aquella fecha, hipotecándole á la seguridad del pago el derecho hipotecario que al otorgante y su citada hermana correspondía sobre dos fincas rústicas radicadas en el barrio de "Bairoa", del término municipal de Cáguas por escritura á su favor otorgada en la misma Ciudad de Cáguas, ante el Notario Don Francisco Jiménez Prieto en veinte

y nueve de Julio de mil ochocientos noventa y tres y que presentado un testimonio de dicha escritura en el Registro de la Propiedad de Cáguas para su inscripción, le fué denegada por el Registrador por los motivos expresados en la nota que puso al pié de dicho testimonio la que copiada á la letra dice así:

"No admitida la inscripción del precedente documento y tomada en su lugar anotación preventiva por ciento veinte días, á los fólios 228 y 162 vueltos de los tomos 12 y 14 de esta Ciudad, fincas 447 duplicado y 726, anotaciones letras B. y E. respectivamente, por el defecto insúsanable de no aparecer, el otorgante, de las escrituras presentadas con capacidad bastante para constituir la sub-hipotca que es objeto de este documento, pués según el poder de Doña María Antonia Ramis y Borrás se le confieren al otorgante Don Francisco Ramis y Borrás facultades entre otras, según literalmente se expresa para que "aceptando hipotecas ó constituyéndolas en cualesquiera bienes ó derechos, en garantía de los capitales prestados y sus réditos, haciéndolas extensivas al cumplimiento de cualesquiera pacto ó estipulaciones........; que equivale la cláusula transcrita á conferirle solo atribuciones para garantizar con hipotecas los capitales que le presten y sus réditos, sean cualesquiera los pactos ó estipulaciones que para el cumplimiento de cobrar tales capitales prestados se convenga y por eso se añade en dicha cláusula, haciéndolas extensivas al cumplimiento etc., etc., y no se dijo haciéndolas extensivas á la constitución de otras obligaciones como es decir para que se entendiera de otro modo, y es que por esas palabras añadidas ha querido darse reglas acerca del alcance que debían tener las facultades del apoderado respecto del cumplimiento de las hipotecas expresadas no extensivas para garantizar obligaciones de distinto órden, como es la sub-hipoteca que se trata de constituir á favor de Don José de Guzmán Benitez para asegurarle la suma de cuatro mil dollars, por cuenta de Don Juan Salvá y Ginart, de Don Pascual Borrás y Llacer, de Doña Juana Borrás Ginart y de Don Evaristo Fernández Alonso, adoleciendo además la escritura de sub-hipoteca de las defectos subsanables de no constar de la misma la edad, estado civil y domicilio de Doña María Antonia Ramis y Borrás y de los deudores; cuyas anotaciones se practicáron con presencia de una copia de la escritura de poder de cuatro de Noviembre de mil ochocientos noventa y ocho, otorgada ante el Notario de la Villa de Yuca, Provincia de las Baleares (España) Don

Jaime Vidal y Jaime. Cáguas, 12 de Mayo de 1905.—El Registrador, S. Abella Bastón.''

*Resultando* que contra esta nota ha interpuesto en tiempo el Abogado Don José de Guzmán Benítez el presente recurso gubernativo ante este Tribunal Supremo para que se revoque y ordene al Registrador la inscripción de la escritura.

*Resultando* del poder general otorgado á favor de Don Francisco Ramis por su hermana Doña María Antonia Ramis y Borrás en la Villa de Yuca, Islas Baleares, en cuatro de Noviembre de mil ochocientos noventa y ocho y al que alude el Registrador en su nota que además de la facultad especial que le concede para ''imponer y tomar cantidades á préstamos con los réditos y pactos que estime convenientes, aceptando hipotecas ó constituyéndolas en cualquiera bienes ó derechos, que siendo de los otorgantes radiquen en la referida Isla de Puerto Rico, en garantía de los capitales prestados y sus réditos, haciéndolas extensivas al cumplimiento de cualquiera pactos ó estipulaciones'', lo autoriza además expresamente para que ''imponga, ceda, subrrogue, acepte, reduzca, modifique y cancele hipotecas, censos y todas clases de derchos reales.''

Abogado del recurrente: *Sr. José de Guzmán Benítez*.

El Juez Presidente Sr. Quiñones después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando* que autorizado como está Don Francisco Ramis por su hermana Doña María Antonia Ramis y Borrás en el poder que le otorgara en la Villa de Yuca, y del que se acaba de hacer mérito, para imponer, ceder, subrrogar, aceptar, reducir, modificar y cancelar hipotecas, censos y todas clases de derechos reales independientemente de la facultad especial que le confiriera

para imponer y tomar cantidades á préstamo y constituir las hipotecas que fueren necesarias en garantía de tales préstamos, tiene perfecta capacidad para hipotecar el derecho hipotecario que les corresponde por la escritura de veinte y nueve de Julio de mil ochocientos noventa y tres otorgada á su favor por Doña Gerónima Ginart y Andreu y sus hijas Doña Catalina y Doña Juana Ginart y Borrás, sobre las dos fincas rústicas que se describen en dicha escritura y por consiguiente que no existe el defecto insubsanable que impide su inscripción en el Registro de la Propiedad, según lo consigna el Registrador en su nota.

*Se revoca* la nota denegatoria puesta por el Registrador de la Propiedad de Cáguas al pié de la escritura hipotecaria de que se trata, previniéndole que proceda á inscribirla con arreglo á derecho; y devuélvanse al Registrador los documentos presentados con copia certificada de la presente resolución para su cumplimiento y demás efectos que procedan.

Jueces concurrentes: Sres. Hernández, Figueras, Mac Leary y Wolf.